**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edgar Guarino  CHAPTER 13
       Laura A. Guarino

          Debtor(s)  BKY. NO. 22-10540 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                      Respectfully submitted,

                      /s/ Rebecca Solarz
                      Rebecca Solarz
                      14 Jul 2022, 09:48:55, EDT

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322