Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-10540-PMM**

Edgar Guarino  
Laura A. Guarino  
632 Candlewyck Drive  
Lancaster  PA    17601

Petition Filed Date: 03/02/2022  
341 Hearing Date: 04/05/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/04/2022 | $785.00 | 1633748 | 05/04/2022 | $785.00 | 1633896 | 06/03/2022 | $785.00 | 27783357041 |
| 07/07/2022 | $785.00 | | | | | | | |

**Total Receipts for the Period: $3,140.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,140.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $15,012.50 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $3,757.09 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $3,438.84 | $0.00 | $0.00 |
| 4 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $7,360.98 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $6,124.49 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $4,878.66 | $0.00 | $0.00 |
| 7 | LANCASTER AREA SEWER AUTHORITY »» 004 | Secured Creditors | $3,499.39 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $145.58 | $0.00 | $0.00 |
| 9 | US DEPARTMENT OF HUD »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SELENE FINANCE LP »» 007 | Mortgage Arrears | $32,569.77 | $0.00 | $0.00 |
| 11 | US DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $278,785.98 | $0.00 | $0.00 |
| 12 | CITY OF LANCASTER »» 009 | Unsecured Creditors | $986.52 | $0.00 | $0.00 |
| 13 | US DEPARTMENT OF HUD »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10540-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,140.00 | Current Monthly Payment: | $785.00 |
| Paid to Claims: | $0.00 | Arrearages: | $785.00 |
| Paid to Trustee: | $251.20 | Total Plan Base: | $47,100.00 |
| Funds on Hand: | $2,888.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.