**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 22-10540-PMM |
| | : | |
| EDGAR GUARINO & | : | Chapter 13 |
| LAURA A. GUARINO | : | |
| | : | |
| Debtors | : | |

**PRAECIPE TO WITHDRAW OBJECTION OF THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE TO DEBTORS' CHAPTER 13 PLAN DATED MARCH 2, 2022**

Kindly withdraw the Commonwealth of Pennsylvania, Department of Revenue's Objection to Debtors' Chapter 13 Plan dated March 2, 2022 at Docket 13.

DATE: November 30, 2022

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2133
Fax: (717) 772-4526
E-mail: bkubisiak@attorneygeneral.gov

BY: _____
BRAD G. KUBISIAK
Deputy Attorney General
Attorney I.D. No. 315714

MELISSA L. VAN ECK
Chief Deputy Attorney General
Financial Enforcement Section

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 22-10540-PMM |
| | : | |
| EDGAR GUARINO & | : | Chapter 13 |
| LAURA A. GUARINO | : | |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Brad G. Kubisiak, hereby certify that *Praecipe to Withdraw Objection of the Commonwealth of Pennsylvania, Department of Revenue to Debtors' Chapter 13 Plan of March 2, 2022* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that I have served the foregoing document via email only on the following:

| | |
|---|---|
| Alaine V. Grbach | Scott F. Waterman |
| 675 Estelle Drive | 2901 St. Lawrence Avenue, Suite 100 |
| Lancaster, PA 17601 | Reading, PA 19606 |
| (717) 399-8420 | (610) 779-1313 |
| Email: avgrbach@aol.com | Email: info@readingch13.com |
| *Counsel for Debtor* | *Chapter 13 Trustee* |

DATE: November 30, 2022                    Respectfully submitted,

JOSH SHAPIRO
Attorney General

COMMONWEALTH OF PENNSYLVANIA        BY: _____
OFFICE OF ATTORNEY GENERAL          BRAD G. KUBISIAK
The Phoenix Building                Deputy Attorney General
1600 Arch Street, Suite 300         Attorney I.D. No. 315714
Philadelphia, PA 19103
Tel: (215) 560-2133                 MELISSA L. VAN ECK
Fax: (717) 772-4526                 Chief Deputy Attorney General
Email: bkubisiak@attorneygeneral.gov    Financial Enforcement Section