# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Edgar Guarino / Laura A. Guarino, Debtors

Case No. 22-10540
Chapter 13

## ANSWER OF DEBTORS TO TRUSTEE'S MOTION TO DISMISS

AND NOW COMES DEBTORS, who answer the Motion to Dismiss as follows:

1. Debtor Husband is a chiropractor and his Wife is his assistant.

2. In order to supplement their income, they worked for the United Parcel Service, over Christmas, and this supplemental income will be utilized to fund their plan.

3. Debtor Wife has been in Florida, over the past month, taking care of her aged Mother. Debtors will continue with their part time emolyment to cure the plan arrears.

WHEREFORE, Debtors prays for an Order dismissing the Motion to Dismiss.

Date: January 19, 2023

Attorney: /s/ Alaine V. Grbach
Alaine V. Grbach 45485

Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601
717-399-8420
Fax: 1-866-928-4707
avgrbach@aol.com