**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>EDGAR GUARINO<br>LAURA A. GUARINO,<br>　　　　　Debtors.<br><br>SELENE FINANCE LP,<br>　　　　　Movant,<br>　　v.<br>EDGAR GUARINO,<br>LAURA A. GUARINO,<br>　　　　　Debtors/Respondents,<br><br>SCOTT F. WATERMAN,<br>　　　　　Trustee/Respondent. | Bankruptcy 22-10540-pmm<br><br>Chapter 13<br><br>Related to Doc. No. 12<br><br>Confirmation Hearing:<br>December 1, 2022 at 10:00 am |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

**PLEASE TAKE NOTICE THAT**, on behalf of Selene Finance LP, the undersigned hereby withdraws the following document:

**Docket Entry #12- Selene Finance LP'S Objection to Confirmation of Plan filed on April 5, 2022.**

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　10700 Abbott's Bridge Rd., Suite 170
　　　　　　　　　　　　　　　　　　Duluth, GA  30097
　　　　　　　　　　　　　　　　　　Telephone: (470) 321-7112
　　　　　　　　　　　　　　　　　　By: /s/ Charles Wohlrab
　　　　　　　　　　　　　　　　　　Charles Wohlrab, Esquire
　　　　　　　　　　　　　　　　　　Bar Number 314532
　　　　　　　　　　　　　　　　　　Email: CWohlrab@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>EDGAR GUARINO<br>LAURA A. GUARINO,<br>　　　　Debtors.<br><br>SELENE FINANCE LP,<br>　　　　Movant,<br>　v.<br>EDGAR GUARINO,<br>LAURA A. GUARINO,<br>　　　　Debtors/Respondents,<br><br>SCOTT F. WATERMAN,<br>　　　　Trustee/Respondent. | Bankruptcy 22-10540-pmm<br><br>Chapter 13<br><br>Related to Doc. No. 12<br><br><u>Confirmation Hearing:</u><br>December 1, 2022 at 10:00 am |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 31, 2023, I electronically filed the foregoing Praecipe to Withdraw with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

EDGAR GUARINO
632 CANDLEWYCK DRIVE
LANCASTER, PA 17601

LAURA A. GUARINO
632 CANDLEWYCK DRIVE
LANCASTER, PA 17601

And via electronic mail to:

ALAINE V. GRBACH, ESQUIRE
675 ESTELLE DRIVE
LANCASTER, PA 17601

ALAINE V. GRBACH, ESQUIRE
675 ESTELLE DRIVE

LANCASTER, PA 17601

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE 2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles Wohlrab
Charles Wohlrab, Esquire
Bar Number 314532
Email: CWohlrab@raslg.com