United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edgar Guarino  
Laura A. Guarino  
    Debtors

Case No. 22-10540-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edgar Guarino, Laura A. Guarino, 632 Candlewyck Drive, Lancaster, PA 17601-2852 |
| 14673573 | | ALTRAN EDUCATION INC., 6505 S. LEWIS AVE., SUITE 260, Tulsa, OK 74136-1091 |
| 14673575 | + | COMPLEAT RECOVERY SERVICES, 3500 5TH STREET, Northport, AL 35476-4723 |
| 14698370 | | City of Lancaster, Attn: Water Billing Department, PO Box 1020, Lancaster PA 17608-1020 |
| 14678877 | + | Comm. of PA Dept. of Revenue, c/o Brad G. Kubisiak, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14673576 | + | DEMATOLOGY PHYSICIANS, 2106 HARRISBURG PIKE, Lancaster, PA 17601-2644 |
| 14673578 | + | GOODS DISPOSAL SERVICE, 4361 OREGON PIKE, Ephrata, PA 17522-9514 |
| 14673581 | + | LOGS LEGAL GROUP, LLP, 3600 HORIZON DRIVE, SUITE 150, King of Prussia, PA 19406-4702 |
| 14673583 | | NELNET, PO BOX 740283, Atlanta, GA 30374-0283 |
| 14705881 | + | Nationstar Mortgage LLC, C/O Rebecca Solarz, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14673584 | | PA DEPARTMENT OF REVENUE, BUREAU OF COMPLIANCE, DEPARTMENT 208748, Harrisburg, PA 17128-0948 |
| 14673587 | | REGIONAL GASTROENTEROLOGY ASSOCIATES OF, PO BOX 3200, Lancaster, PA 17604-3200 |
| 14673588 | | RGAL ANESTHEISIA, PO BOX 824543, Philadelphia, PA 19182-4543 |
| 14673590 | + | SURGERY CENTER OF LANCCASTER, 810 PLAZA BLVD, Lancaster, PA 17601-2762 |
| 14673591 | #+ | TOM TOM PROPERTIES, 150 FAMINGTON LANE, Lancaster, PA 17601-6239 |
| 14684721 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14673574 | + | Email/PDF: bncnotices@becket-lee.com | Jun 09 2023 00:37:46 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14673577 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 09 2023 00:24:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14673579 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 09 2023 00:24:00 | IRS DEPARTMENT OF THE TREASURY, ACS SUPORT, PO BOX 8208, Philadelphia, PA 19101-8208 |
| 14673580 | + | Email/Text: cbunt@lasa.org | Jun 09 2023 00:24:00 | LASA, 130 CENTERVILLE ROAD, Lancaster, PA 17603-4087 |
| 14678308 | + | Email/Text: cbunt@lasa.org | Jun 09 2023 00:24:00 | Lancaster Area Sewer Authority, c/o Cassie Bunt, 130 Centerville Road, Lancaster, PA 17603-4007 |
| 14673585 | | Email/Text: bkrnotice@prgmail.com | Jun 09 2023 00:24:00 | PARAGON REVENUE GROUP, PO BOX 127, Concord, NC 28026-0127 |
| 14673586 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: 155 | Total Noticed: 32 |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 09 2023 00:37:47 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14684231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2023 00:38:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14675192 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 09 2023 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14673589 | + | Email/Text: bkteam@selenefinance.com | Jun 09 2023 00:24:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 14678414 | + | Email/Text: RASEBN@raslg.com | Jun 09 2023 00:24:00 | Selene Finance LP, c/o Charles Wohlrab, Esquire, Robertson Anschutz Schneid Crane & Partn, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14689958 | + | Email/Text: bkteam@selenefinance.com | Jun 09 2023 00:24:00 | Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |
| 14673592 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 09 2023 00:37:49 | US DEPARTMENT OF HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 14689969 | | Email/Text: EDBKNotices@ecmc.org | Jun 09 2023 00:24:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14676285 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 09 2023 00:24:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14673593 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 09 2023 00:24:00 | VERIZON WIRELESS, P O BOX 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14678880 | *+ | Comm. of PA Dept. of Revenue, C/O Brad G. Kubisiak, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14673582 | ##+ | MID ATLANTIC SURGICAL SERVICES, 1560 LITITZ PIKE SUITE 2, Lancaster, PA 17601-6523 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Edgar Guarino avgrbach@aol.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 08, 2023 | Form ID: 155 | Total Noticed: 32

ALAINE V. GRBACH
    on behalf of Joint Debtor Laura A. Guarino avgrbach@aol.com

BRAD KUBISIAK
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Selene Finance LP cwohlrab@friedmanvartolo.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Edgar Guarino and Laura A. Guarino
     Debtor(s)                                          Chapter: 13

                                                                                        Bankruptcy No: 22−10540−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 8, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                              Patricia M. Mayer
                                                               Judge, United States Bankruptcy Court

                                                                                                                46 − 31
                                                                                                              Form 155