Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-10540-PMM**

Edgar Guarino  
Laura A. Guarino  
632 Candlewyck Drive  
Lancaster PA   17601

Petition Filed Date: 03/02/2022  
341 Hearing Date: 04/05/2022  
Confirmation Date: 06/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $785.00 | | 09/09/2022 | $785.00 | | 11/09/2022 | $1,300.00 | |
| 02/07/2023 | $2,600.00 | | 02/23/2023 | $1,300.00 | | 05/04/2023 | $3,511.00 | 1688226 |
| 06/06/2023 | $1,300.00 | | 07/11/2023 | $1,300.00 | | | | |

**Total Receipts for the Period: $12,881.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,021.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $16,185.30 | $633.92 | $15,551.38 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $3,757.09 | $3,757.09 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $3,438.84 | $0.00 | $3,438.84 |
| 4 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $7,360.98 | $0.00 | $7,360.98 |
| 5 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $6,124.49 | $6,124.49 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $4,878.66 | $0.00 | $4,878.66 |
| 7 | LANCASTER AREA SEWER AUTHORITY »» 004 | Secured Creditors | $3,499.39 | $137.06 | $3,362.33 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | US DEPARTMENT OF HUD »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SELENE FINANCE LP »» 007 | Mortgage Arrears | $32,569.77 | $1,275.65 | $31,294.12 |
| 11 | US DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $278,785.98 | $0.00 | $278,785.98 |
| 12 | CITY OF LANCASTER »» 009 | Unsecured Creditors | $986.52 | $0.00 | $986.52 |
| 13 | US DEPARTMENT OF HUD »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10540-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,021.00 | Current Monthly Payment: | $1,300.00 |
| Paid to Claims: | $14,678.21 | Arrearages: | $1,300.00 |
| Paid to Trustee: | $1,342.79 | Total Plan Base: | $73,221.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.