| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-10540-PMM**

| | |
|---|---|
| Edgar Guarino | Petition Filed Date: 03/02/2022 |
| Laura A. Guarino | 341 Hearing Date: 04/05/2022 |
| 632 Candlewyck Drive | Confirmation Date: 06/08/2023 |
| Lancaster PA 17601 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/13/2023 | $1,300.00 | | 10/18/2023 | $1,300.00 | | 11/09/2023 | $1,300.00 | |
| 12/11/2023 | $1,300.00 | | 01/11/2024 | $1,300.00 | | 02/13/2024 | $1,300.00 | |
| 03/11/2024 | $1,300.00 | | 04/12/2024 | $1,300.00 | | 05/13/2024 | $1,300.00 | |
| 06/11/2024 | $1,300.00 | | 07/18/2024 | $1,300.00 | | | | |

**Total Receipts for the Period: $14,300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,621.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $16,185.30 | $4,986.73 | $11,198.57 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $3,757.09 | $3,757.09 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $3,438.84 | $0.00 | $3,438.84 |
| 4 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $7,360.98 | $0.00 | $7,360.98 |
| 5 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $6,124.49 | $6,124.49 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $4,878.66 | $0.00 | $4,878.66 |
| 7 | LANCASTER AREA SEWER AUTHORITY »» 004 | Secured Creditors | $3,499.39 | $1,078.13 | $2,421.26 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | US DEPARTMENT OF HUD »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SELENE FINANCE LP »» 007 | Mortgage Arrears | $32,569.77 | $10,034.77 | $22,535.00 |
| 11 | US DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $278,785.98 | $0.00 | $278,785.98 |
| 12 | CITY OF LANCASTER »» 009 | Unsecured Creditors | $986.52 | $0.00 | $986.52 |
| 13 | US DEPARTMENT OF HUD »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10540-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,621.00 | Current Monthly Payment: | $1,300.00 |
| Paid to Claims: | $28,731.21 | Arrearages: | $1,300.00 |
| Paid to Trustee: | $2,889.79 | Total Plan Base: | $73,221.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.