| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-10540-PMM

Edgar Guarino
Laura A. Guarino
632 Candlewyck Drive
Lancaster PA 17601

Petition Filed Date: 03/02/2022
341 Hearing Date: 04/05/2022
Confirmation Date: 06/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $1,300.00 | | 09/16/2024 | $1,300.00 | | 10/15/2024 | $1,300.00 | |
| 11/19/2024 | $1,300.00 | | 12/12/2024 | $1,300.00 | | 01/16/2025 | $1,300.00 | |
| 02/18/2025 | $1,300.00 | | 03/17/2025 | $1,300.00 | | 04/11/2025 | $1,300.00 | |
| 05/19/2025 | $1,300.00 | | 06/16/2025 | $1,300.00 | | 07/16/2025 | $1,300.00 | |

**Total Receipts for the Period: $15,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $47,221.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $16,185.30 | $9,450.22 | $6,735.08 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $3,757.09 | $3,757.09 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $3,438.84 | $0.00 | $3,438.84 |
| 4 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $7,360.98 | $0.00 | $7,360.98 |
| 5 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $6,124.49 | $6,124.49 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $4,878.66 | $0.00 | $4,878.66 |
| 7 | LANCASTER AREA SEWER AUTHORITY »» 004 | Secured Creditors | $3,499.39 | $2,043.18 | $1,456.21 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | US DEPARTMENT OF HUD »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SELENE FINANCE LP »» 007 | Mortgage Arrears | $32,569.77 | $19,016.72 | $13,553.05 |
| 11 | US DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $278,785.98 | $0.00 | $278,785.98 |
| 12 | CITY OF LANCASTER »» 009 | Unsecured Creditors | $986.52 | $0.00 | $986.52 |
| 13 | US DEPARTMENT OF HUD »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10540-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,221.00 | Current Monthly Payment: | $1,300.00 |
| Paid to Claims: | $43,141.70 | Arrearages: | $1,300.00 |
| Paid to Trustee: | $4,079.29 | Total Plan Base: | $73,221.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.