Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Edgar Guarino
Laura A. Guarino
632 Candlewyck Drive
Lancaster, PA 17601

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-10540-PMM**

Petition Filed Date: 03/02/2022
341 Hearing Date: 04/05/2022
Confirmation Date: 06/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $1,300.00 | | 09/19/2025 | $1,300.00 | | 10/21/2025 | $1,300.00 | |
| 11/10/2025 | $1,300.00 | | 12/16/2025 | $1,300.00 | | 01/14/2026 | $1,300.00 | |
| 02/24/2026 | $1,300.00 | | 03/24/2026 | $1,300.00 | | 04/21/2026 | $1,300.00 | |
| 05/19/2026 | $1,300.00 | | 06/18/2026 | $1,300.00 | | 07/21/2026 | $1,300.00 | |

**Total Receipts for the Period: $15,600.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $62,821.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $16,185.30 | $13,547.33 | $2,637.97 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $3,757.09 | $3,757.09 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $3,438.84 | $0.00 | $3,438.84 |
| 4 | US DEPARTMENT OF EDUCATION<br>»» 002 | Unsecured Creditors | $7,360.98 | $0.00 | $7,360.98 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $6,124.49 | $6,124.49 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $4,878.66 | $0.00 | $4,878.66 |
| 7 | LANCASTER AREA SEWER AUTHORITY<br>»» 004 | Secured Creditors | $3,499.39 | $2,929.04 | $570.35 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | US DEPARTMENT OF HUD<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SELENE FINANCE LP<br>»» 007 | Mortgage Arrears | $32,569.77 | $27,261.34 | $5,308.43 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 008 | Unsecured Creditors | $278,785.98 | $0.00 | $278,785.98 |
| 12 | CITY OF LANCASTER<br>»» 009 | Unsecured Creditors | $986.52 | $0.00 | $986.52 |

**Chapter 13 Case No. 22-10540-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | US DEPARTMENT OF HUD<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $62,821.00 | Current Monthly Payment: | $1,300.00 |
| Paid to Claims: | $56,369.29 | Arrearages: | $1,300.00 |
| Paid to Trustee: | $5,251.81 | Total Plan Base: | $73,221.00 |
| Funds on Hand: | $1,199.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.